UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

JOSHUA BRYAN JOHNSON                                                PLAINTIFF

v.                                                CIVIL ACTION NO. 5:17-CV-P173-TBR

JAILER KEN CLAUD et al.                                         DEFENDANTS

**MEMORANDUM OPINION**

Upon filing the instant action, Plaintiff assumed the responsibility of keeping this Court advised of his current address and to actively litigate his claims. *See* LR 5.2(e) ("All pro se litigants must provide written notice of a change of residential address, and, if different, mailing address, to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

The Court sent several documents to Plaintiff on March 20, 2018. Those mailings were returned to the Court by the U.S. Post Office marked "Return to Sender; Not Deliverable as Addressed; Unable to Forward." Plaintiff has not advised the Court of his new address, and neither notices from this Court nor filings by Defendants in this action can be served on Plaintiff. In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Because it appears

to this Court that Plaintiff has abandoned any interest in prosecution of this case, the Court will dismiss the case by separate Order.

Date:

cc: Plaintiff, *pro se*
      Defendant Paulis
      Counsel of record
4413.009